Michael A. Koning, Esq.
Nevada State Bar No. 280
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
makoning@ww.law

Attorneys for Defendant
KABUL, INC., d/b/a FASTRIP PWC RENTALS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br><br>Plaintiffs,<br><br>v.<br><br>SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01981-JAD-DJA<br><br>**DEFENDANT, KABUL, INC. DBA FASTRIP PWC RENTALS ANSWER TO PLAINTIFFS' COMPLAINT** |

COMES NOW Defendant, KABUL, INC. DBA FASTRIP PWC RENTALS, (hereinafter, "Kabul" or "Defendant"), severing itself from all others, hereby answers Plaintiffs TOMMY LYNCH as Administrator for the ESTATE OF TAMMY LYNCH and TOMMY LYNCH and APRIL BLACK, individually (hereinafter, "Plaintiffs") Complaint for Damages as follows:

///

///

///

1

**INTRODUCTION**

1. Answering Paragraph 1 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

2. Answering Paragraph 2 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

3. Answering Paragraph 3 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

4. Answering paragraph 4 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

5. Answering Paragraph 5 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

6. Answering Paragraph 6 of Plaintiffs'' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

7. Answering Paragraph 7 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained

therein.

8. Answering Paragraph 8 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

## THE PARTIES

9. Answering Paragraph 9 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

10. Answering Paragraph 10 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

11. Answering Paragraph 11 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

12. Answering Paragraph 12 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

13. Answering Paragraph 13 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

14. Answering Paragraph 14 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth

DEFENDANT, KABUL, INC. DBA FASTRIP PWC RENTALS ANSWER TO PLAINTIFFS' COMPLAINT
4116948.1

or falsity of the same, and upon said ground, denies each and every allegation contained therein.

15. Answering Paragraph 15 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

16. Answering Paragraph 16 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

17. Answering Paragraph 17 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

18. Answering Paragraph 18 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

19. Answering Paragraph 19 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

20. Answering Paragraph 20 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

21. Answering Paragraph 21 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

22. Answering paragraph 22 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

23. Answering Paragraph 23 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

## JURISDICTION AND VENUE

24. Answering Paragraph 24 of Plaintiffs' Complaint, this Answering Defendant admits the allegations contained therein.

25. Answering Paragraph 25 of Plaintiffs' Complaint, this Answering Defendant admits the allegations contained therein.

26. Answering Paragraph 26 of Plaintiffs' Complaint, this Answering Defendant admits the allegations contained therein.

27. Answering Paragraph 27 of Plaintiffs' Complaint, this Answering Defendant admits the allegations contained therein.

## GENERAL ALLEGATIONS

28. Answering Paragraph 28 of Plaintiffs' Complaint, this Answering Defendant repeats and incorporates by reference each and every claim, allegation and denial contained in its answers to paragraph1 through 27 as fully set forth herein.

29. Answering Paragraph 29 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

30. Answering Paragraph 30 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

31. Answering Paragraph 31 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained

therein.

32. Answering Paragraph 32 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

33. Answering Paragraph 33 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

34. Answering Paragraph 34 of Plaintiffs' Complaint, this Answering Defendant denies the allegation contained therein.

35. Answering Paragraph 35 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

36. Answering Paragraph 36 of Plaintiffs' Complaint, this Answering Defendant admits the allegations contained therein.

37. Answering Paragraph 37 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

38. Answering Paragraph 38 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

39. Answering Paragraph 39 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

40. Answering Paragraph 40 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

41. Answering Paragraph 41 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

///

## FIRST CAUSE OF ACTION

### Negligence of Defendant Laughlin Watercraft Rentals

42. Answering Paragraph 42 of Plaintiffs' Complaint, this Answering Defendant repeats and incorporates by reference each and every claim, allegation and denial contained in its answers to paragraphs 1 through 41 as fully set forth herein.

43. Answering Paragraph 43 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

44. Answering Paragraph 44 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

45. Answering Paragraph 45 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

46. Answering Paragraph 46 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

47. Answering Paragraph 47 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

48. Answering Paragraph 48 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained

therein.

49. Answering Paragraph 49 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

50. Answering Paragraph 50 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

51. Answering Paragraph 51 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

52. Answering Paragraph 52 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

53. Answering Paragraph 53 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

54. Answering Paragraph 54 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

55. Answering Paragraph 55 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained

therein.

56. Answering Paragraph 56 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

57. Answering Paragraph 57 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

58. Answering Paragraph 58 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

59. Answering Paragraph 59 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

60. Answering Paragraph 60 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

61. Answering Paragraph 61 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

62. Answering Paragraph 62 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained

1  therein.

2  63. Answering Paragraph 63 and all subparts thereto of Plaintiffs' Complaint, this Answering
3  Defendant states that it is without sufficient knowledge or information necessary to form
4  a belief as to the truth or falsity of the same, and upon said ground, denies each and every
5  allegation contained therein.

6  64. Answering Paragraph 64 of Plaintiffs' Complaint, this Answering Defendant states that it
7  is without sufficient knowledge or information necessary to form a belief as to the truth
8  or falsity of the same, and upon said ground, denies each and every allegation contained
9  therein.

10 65. Answering Paragraph 65 of Plaintiffs' Complaint, this Answering Defendant states that it
11 is without sufficient knowledge or information necessary to form a belief as to the truth
12 or falsity of the same, and upon said ground, denies each and every allegation contained
13 therein.

14 66. Answering Paragraph 66 of Plaintiffs' Complaint, this Answering Defendant states that it
15 is without sufficient knowledge or information necessary to form a belief as to the truth
16 or falsity of the same, and upon said ground, denies each and every allegation contained
17 therein.

18 67. Answering Paragraph 67 of Plaintiffs' Complaint, this Answering Defendant states that it
19 is without sufficient knowledge or information necessary to form a belief as to the truth
20 or falsity of the same, and upon said ground, denies each and every allegation contained
21 therein.

22 68. Answering Paragraph 68 of Plaintiffs' Complaint, this Answering Defendant states that it
23 is without sufficient knowledge or information necessary to form a belief as to the truth
24 or falsity of the same, and upon said ground, denies each and every allegation contained
25 therein.

26 69. Answering Paragraph 69 of Plaintiffs' Complaint, this Answering Defendant states that it
27 is without sufficient knowledge or information necessary to form a belief as to the truth
28 or falsity of the same, and upon said ground, denies each and every allegation contained

therein.

## SECOND CAUSE OF ACTION

### Negligence of Defendant Fastrip PWC Rentals

70. Answering Paragraph 70 of Plaintiffs' Complaint, this Answering Defendant repeats and incorporates by reference each and every claim, allegation an denial contained in its answers to paragraphs 1 through 69 as fully set forth herein.

71. Answering Paragraph 71 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

72. Answering Paragraph 72 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

73. Answering Paragraph 73 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

74. Answering Paragraph 74 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

75. Answering Paragraph 75 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

76. Answering Paragraph 76 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

77. Answering Paragraph 77 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

78. Answering Paragraph 78 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

79. Answering Paragraph 79 and all subparts thereto of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

80. Answering Paragraph 80 of Paragraph 80 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

81. Answering Paragraph 81 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

82. Answering Paragraph 82 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

83. Answering Paragraph 83 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

84. Answering Paragraph 84 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

85. Answering Paragraph 85 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

## THIRD CAUSE OF ACTION

**Negligence and intentional conduct against Defendant SAMIAR ADRIAN HERNANDEZ**

86. Answering Paragraph 86 of Plaintiffs' Complaint, this Answering Defendant repeats and incorporates by reference each and every claim, allegation and denial contained in its answers to paragraphs 1 through 85 as fully set forth herein.

87. Answering Paragraph 87 of Plaintiffs' Complaint, this Answering Defendant admits the allegations contained therein.

88. Answering Paragraph 88 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

89. Answering Paragraph 89 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

90. Answering Paragraph 90 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained

therein.

91. Answering Paragraph 91 and all subparts thereto of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

92. Answering Paragraph 92 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

93. Answering Paragraph 93 and all subparts thereto of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

94. Answering Paragraph 94 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

95. Answering Paragraph 95 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

96. Answering Paragraph 96 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

97. Answering Paragraph 97 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained

1 therein.

2 98. Answering Paragraph 98 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

99. Answering Paragraph 99 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

## FOURTH CAUSE OF ACTION

### Negligence against Defendant LIZBETH BARRAGAN

100. Answering Paragraph 100 of Plaintiffs' Complaint, this Answering Defendant repeats and incorporates by reference each and every claim, allegation and denial contained in its answers to paragraphs 1 through 99 as fully set forth herein.

101. Answering Paragraph 101 of Plaintiffs' Complaint, this Answering Defendant admits the allegations contained therein.

102. Answering Paragraph 102 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

103. Answering Paragraph 103 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

104. Answering Paragraph 104 and all subparts thereto of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

105. Answering Paragraph 105 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

106. Answering Paragraph 106 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

## FIFTH CAUSE OF ACTION

### Negligence against Defendant DARRYL PETER ALEXANDER, JR.

107. Answering Paragraph 107 of Plaintiffs' Complaint, this Answering Defendant repeats and incorporates by reference each and every claim, allegation and denial contained in its answers to paragraphs 1 through 106 as fully set forth herein.

108. Answering Paragraph 108 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

109. Answering Paragraph 109 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

110. Answering Paragraph 110 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

111. Answering Paragraph 111 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation

contained therein.

112. Answering Paragraph 112 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

113. Answering Paragraph 113 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

114. Answering Paragraph 114 and all subparts thereto of Plaintiffs' Complaint, this Answering Defendants denies the allegations contained therein.

115. Answering Paragraph 115 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

116. Answering Paragraph 116 of Plaintiffs' Complaint, this Answering Defendant denies the allegations contained therein.

117. Answering Paragraph 117 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

118. Answering Paragraph 118 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

119. Answering Paragraph 119 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation

contained therein.

120.  Answering Paragraph 120 of Plaintiffs' Complaint, this Answering Defendant states that it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the same, and upon said ground, denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each and every cause of action stated therein, fails to state facts sufficient to constitute a cause of action, or any cause of action, upon which relief can be granted against these Defendants.

### SECOND AFFIRMATIVE DEFENSE

At all times mentioned in the Complaint, and for a period of time prior to the event and incident complained of, deceased Tammy Lynch, failed to exercise due and reasonable care for her own safety and well-being and further, and the event and incident complained of, and the injuries and damages alleged, were caused in whole, or in part, her own negligence.

### THIRD AFFIRMATIVE DEFENSE

At all times mentioned in the Complaint, and for a period of time prior to the event and incident complained of, deceased Tammy Lynch had actual knowledge of the potential risks and dangers involved in, and associated with, motorized personal watercraft sport activities, including the potential risks of collision with other watercraft, participants, natural and made objects and the like, and with such actual knowledge, deceased Tammy Lynch fully understood and appreciated the risks and dangers involved and, thereby, freely and voluntarily assumed and accepted such risks and dangers.

### FOURTH AFFIRMATIVE DEFENSE

At all times mentioned in the Complaint, and for a period of time prior to the event and incident complained of, deceased Tammy Lynch, expressly contracted and agreed to hold harmless and indemnify this Defendant from any and all third-party claims against this Defendant arising out of the rental and the use of the personal watercraft in question and her participation in water sport

activities with said personal watercraft.

## FIFTH AFFIRMATIVE DEFENSE

The event or incident referred to in the Complaint, and the alleged injuries and damages complained of, were caused in whole, or in part, by the negligent or intentional acts, conduct or omissions of third persons over whom this Defendant has no control or agency relationship.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each and every cause of action contained therein, is barred by the applicable Statutes of Limitation.

## SEVENTH AFFIRMATIVE DEFENSE

That Plaintiffs damages are limited pursuant to, and by application of, the Limitation of Liability Act, 46 U.S.C. 30505, et. seq.

## EIGHTH AFFIRMATIVE DEFENSE

At all times relevant herein, deceased Tammy Lynch expressly waived and released this Defendant from any and all claims that she or her representatives, in any capacity, may have against this Defendant arising out of the rental and use of the personal watercraft in question and her participation in the water sport activities with said personal watercraft.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs recover nothing on account of the claims made in Complaint; and
2. For such other and further relief as the court may deem just and proper.

DATED: December 22, 2021                    WOLFE & WYMAN LLP

By:  */s/ Michael A. Koning*
MICHAEL A. KONING, ESQ.
Nevada State Bar No. 280
6757 Spencer St.
Las Vegas, NV  89119
Attorneys for Defendant
**KABUL, INC., D/B/A FASTRIP PWC RENTALS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2021, the foregoing **DEFENDANT, KABUL, INC. DBA FASTRIP PWC RENTALS ANSWER TO PLAINTIFFS' COMPLAINT** upon the following parties, at the fax numbers and/or addresses indicated below by:

[ ] placing said copy in an envelope, first class postage prepaid, in the United States Mail at Las Vegas, Nevada;

[ ] via facsimile;

[ ] via courier/hand delivery,

[ ] via overnight mail;

[ ] via electronic delivery (email); and or

[ X] via electronic service through the Court's Electronic File/Service Program

John B. Shook, Esq.
Robert L. English, Esq.
SHOOK & STONE, CHTD.
710 S. Fourth St.
Las Vegas, NV  89101
[johnshook@shookandstone.com](mailto:johnshook@shookandstone.com)
*Attorneys for Plaintiffs*

/s/ *Evelyn M. Pastor*
Evelyn M. Pastor
An employee of WOLFE & WYMAN LLP