AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| TOMMY LYNCH as ADMINSTRATOR for the ESTATE of TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br>*Plaintiff(s)*<br>v.<br>SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS<br>*Defendant(s)* | Civil Action No. 2:21-cv-01981-JAD-DJA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KABUL, INC. d/b/a FASTRIP PWC RENTALS
c/o Najibulluh Noori
2888 County Club Plaza
Bullhead City, Arizona 86442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOHN B. SHOOK, ESQ.
Shook & Stone, Chtd.
710 South Fourth Street
Las Vegas, Nevada 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

*CLERK OF COURT*

Date: 10/28/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kabul, Inc., d/b/a Fastrip PWC Rentals was received by me on *(date)* 11/05/2021 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Esmat Saadat , who is designated by law to accept service of process on behalf of *(name of organization)* Registered Agent: Najibulluh Noori, 2888 Country Club Plz., Bullhead City, AZ 86442 on *(date)* 11/06/2021 at 7:25 pm ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/10/2021

*Server's signature*

Tamara Adams, Process Server # MH201900004

*Printed name and title*

543 E. Andy Devine Ave., Ste. A
Kingman, AZ 86401

*Server's address*

Additional information regarding attempted service, etc:

Additional Documents Served: Complaint; Civil Cover Sheet