**Michael A. Koning, Esq.**
Nevada State Bar No. 280
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone:  (702) 476-0100
Facsimile:   (702) 476-0101
makoning@ww.law

**Attorneys for Defendant/Cross-Defendant**
**KABUL, INC., d/b/a FASTRIP PWC RENTALS**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br><br>Plaintiffs,<br><br>v.<br><br>SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01981-JAD-DJA<br><br>**CROSS-DEFENDANT, KABUL, INC. DBA FASTRIP PWC RENTALS ANSWER TO DEFENDANT / CROSS-COMPLAINANT LAUGHLIN WATERCRAFT RENTALS, LLC'S CROSSCLAIM AGAINST KABUL, INC. DBA FASTRIP PWC RENTALS** |

COMES NOW Cross-Defendant, KABUL, INC. DBA FASTRIP PWC RENTALS, (hereinafter, "Kabul" or "Cross-Defendant"), severing itself from all others, hereby answers Cross-Complaint Laughlin Watercraft Rentals, LLC's Crossclaim (hereinafter, "Cross-Complainant") Cross-Complaint as follows:

///
///
///
///

1

**FIRST CROSS-CLAIM**

**(Contribution)**

1. Answering Paragraph 1 of Crossclaim, this Answering Cross-Defendant admits the allegations contained therein.
2. Answering Paragraph 2 of Crossclaim, this Answering Cross-Defendant admits the allegations contained therein.
3. Answering Paragraph 3 of Crossclaim, this Answering Cross-Defendant denies the allegations contained therein.
4. Answering Paragraph 4 of Crossclaim, this Answering Cross-Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained therein, and therefore denies said allegations.
5. Answering Paragraph 5 of Crossclaim, this Answering Cross-Defendant admits the allegations contained therein.
6. Answering Paragraph 6 of Crossclaim, this Answering Defendant admits the allegations contained therein.
7. Answering Paragraph 7 of Crossclaim, this Answering Cross-Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained therein, and therefore denies said allegations.
8. Answering Paragraph 8 of Crossclaim, this Answering Cross-Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained therein, and therefore denies said allegations.
9. Answering Paragraph 9 of Crossclaim, this Answering Cross-Defendant lacks knowledge or information sufficient to form a belief of the truth of the allegations contained therein, and therefore denies said allegations.
10. Cross-Claimant
11. Answering Paragraph 10 of Crossclaim, this Answering Cross-Defendant denies the allegations contained therein.
12. Answering Paragraph 11 of Crossclaim, this Answering Cross-Defendant denies the

4146704.1

allegations contained therein.

## SECOND CROSSCLAIM

### (Indemnity)

13. Answering Paragraph 12 of Crossclaim, this Answering Cross-Defendant repeats and incorporates by reference each and every claim, allegation and denial contained in its answers to paragraphs 1 through 11 as fully set forth herein.

14. Answering Paragraph 13 of Crossclaim, this Answering Cross-Defendant denies the allegations contained therein.

15. Answering Paragraph 14 of Crossclaim, this Answering Cross-Defendant denies the allegations contained therein.

16. Answering Paragraph 15 of Crossclaim, this Answering Cross-Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Cross-claimant's Crossclaim, and each and every cause of action stated therein, fails to state facts sufficient to constitute a cause of action, or any cause of action, upon which relief can be granted against these Cross-Defendant.

## SECOND AFFIRMATIVE DEFENSE

Cross-Claimant's own negligence caused, in whole, or in part the injuries and damages alleged by Plaintiffs in this action and, therefore Cross-Claimant, as a joint tortfeasor is not entitled to indemnity from the Cross-Defendant.

## THIRD AFFIRMATIVE DEFENSE

Cross-Claimant's own negligence in the rental of the personal watercraft to Cross-Defendant Barragan is the cause, in whole, or in part of the injuries and damages alleged by Cross-Claimant in this action and, such negligence is greater than that of Cross-Defendant, if any, and Cross-Claimant is barred from any contribution or indemnity from Cross-Defendant.

///

///

4146704.1

**FOURTH AFFIRMATIVE DEFENSE**

Cross-Claimant fails to state a claim for indemnity under either contractual or equitable principles.

WHEREFORE, Cross-Defendant prays for judgment as follows:

1. That Cross-Claimant's recover nothing on account of the claims made in Crossclaim; and

2. For such other and further relief as the court may deem just and proper.

DATED: March 15, 2022                             WOLFE & WYMAN LLP

By:   */s/ Michael A. Koning*
     MICHAEL A. KONING, ESQ.
     Nevada State Bar No. 280
     6757 Spencer St.
     Las Vegas, NV 89119
     Attorneys for Defendant/Cross-Defendant
     **KABUL, INC., D/B/A FASTRIP PWC RENTALS**

4146704.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2022, the foregoing **DEFENDANT, KABUL, INC. DBA FASTRIP PWC RENTALS ANSWER TO DEFENDANT/CROSS-COMPLAINANT LAUGHLIN WATERCRAFT RENTALS, LLC'S CROSSCLAIM AGAINST KABUL, INC. DBA FASTRIP PWC RENTALS** upon the following parties, at the fax numbers and/or addresses indicated below by:

[ ] placing said copy in an envelope, first class postage prepaid, in the United States Mail at Las Vegas, Nevada;

[ ] via facsimile;

[ ] via courier/hand delivery,

[ ] via overnight mail;

[ ] via electronic delivery (email); and or

[X] via electronic service through the Court's Electronic File/Service Program

John B. Shook, Esq.
Robert L. English, Esq.
SHOOK & STONE, CHTD.
710 S. Fourth St.
Las Vegas, NV  89101
*johnshook@shookandstone.com*
*Attorneys for Plaintiffs*

/s/ *Evelyn M. Pastor*
Evelyn M. Pastor
An employee of WOLFE & WYMAN LLP

4146704.1