**UNITED STATES DISTRICT COURT**
**STATE OF NEVADA**

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.:  2:21-cv-01981-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO SET ASIDE DEFAULT AGAINST DEFENDANT DARRYL PETER ALEXANDER** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

## STIPULATION AND ORDER TO SET ASIDE DEFAULT
## AGAINST DEFENDANT DARRYL PETER ALEXANDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch, by and through their counsel of record, the law office of Shook & Stone, Chtd., and Defendant DARRYL PETER ALEXANDER, by and through his counsel of record, the law firm of Springel & Fink LLP, that the Application for Default Judgment as against Defendant DARRYL PETER ALEXANDER entered on February 16, 2023, be set aside and for Defendant to be allowed to file his responsive pleading. The parties have agreed that 14 days is a reasonable and sufficient time within which to file Defendant DARRYL PETER ALEXANDER's responsive pleading.

Dated this 25th day of May, 2023

SHOOK & STONE, CHTD.

By: /s/Lynn R. Shoen, Esq.
JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
LYNN R. SHOEN, ESQ.
Nevada Bar No. 1197
710 South Fourth Street
Las Vegas, NV 89101

Attorneys for *PLAINTIFFS*

Dated this 25th day of May, 2023

SPRINGEL & FINK LLP

By: /s/Leonard T. Fink, Esq.
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148

Attorneys for *DARRYL PETER ALEXANDER*

## ORDER

Pursuant to the forgoing Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and for good cause appearing:

IT IS HEREBY ORDERED that the Application for Default Judgment entered against Defendant DARRYL PETER ALEXANDER on February 16, 2023, is hereby set aside.

IT IS FURTHER ORDERED that Defendant DARRYL PETER ALEXANDER will have 14 days from the entry of this Order to file responsive pleading.

DATED this 26th day of May, 2023

_____
UNITED STATES DISTRICT COURT JUDGE
Case No. 2:21-cv-01981-ART-DJA