JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
LYNN SHOEN, ESQ.
Nevada Bar No. 1197
**SHOOK & STONE, CHTD.**
710 South Fourth Street
Las Vegas, Nevada 89101

JON L. NORINSBERG, ESQ.
**JON L. NORINSBERG, ESQ., PLLC**
110 East 59th Street, Suite 3200
New York, New York 10022
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,

Plaintiffs,

vs.

SAMIT ADRIAN HERNANDEZ, individual, LIZBETH BARRAGAN, individual, LAUGHLIN WATERCRAFT RENTALS, LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER JR., individual, and DOES 1-X; and ROE CORPORATIONS,

Defendants.

AND ALL CONSOLIDATED MATTERS

CASE NO. 2:21-CV-01981-ART-DJA
c/w Case No.: 2:22-cv-00940-CDS-VCF

**STIPULATION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LR 26-3 (Sixth Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs The Estate of Tammy Lynch, Tommy Lynch and April Black ("Plaintiffs"), Defendant Laughlin Watercraft Rentals, LLC and Defendant Kabul, Inc., by and through their respective counsel, that the discovery

deadlines of this matter be continued for a period of 90 days to allow the parties to complete additional discovery.

**A. STATEMENT SPECIFYING THE DISCOVERY THAT HAS BEEN COMPLETED.**

The parties participated in the Fed. R. Civ. P. 26(f) conference on February 14, 2022 and have served their initial Rule 26 Disclosures. The following is discovery that has been completed:

1. Plaintiffs' First Set of Request for Production of Documents to Defendants Laughlin Watercraft;

2. Plaintiffs' First Set of Request for Production of Documents to Defendant Laughlin Watercraft;

3. Plaintiffs' First Set of Request for Production of Documents to Defendant Kabul, Inc.;

4. Plaintiffs' First Set of Interrogatories to Defendant Kabul, Inc.;

5. Defendant Laughlin Watercraft Rentals, LLC's responses to Plaintiffs' First Set of Request for Production of Documents;

6. Defendant Laughlin Watercraft Rentals, LLC's responses to Plaintiffs' First Set of Interrogatories;

7. Defendant Kabul, Inc.'s responses to Plaintiffs' First Set of Request for Production of Documents;

8. Defendant Kabul, Inc.'s responses to Plaintiffs' First Set of Interrogatories;

9. Defendant Laughlin Watercraft Rentals, LLC's First Set of Interrogatories to Plaintiff April Black;

10. Defendant Laughlin Watercraft Rentals, LLC's First Set of Interrogatories to Plaintiff Tommie Lynch;

11. Defendant Laughlin Watercraft Rentals, LLC's First Set of Request for Production to Plaintiff April Black;

12. Defendant Laughlin Watercraft Rentals, LLC's First Set of Request for Production to Plaintiff Tommie Lynch;

13. Defendant/Cross-Defendant Kabul, Inc. dba Fastrip PWC Rental's 2nd Supplement to Initial Disclosure Pursuant to Fed. R. Civ. P. 26 Disclosure;

14. Defendant Kabul, Inc. dba Fastrip PWC Rental's 1st Set of Interrogatories to Plaintiff Tommie Lynch;

15. Defendant Kabul, Inc. dba Fastrip PWC Rental's 1st Set of Interrogatories to Plaintiff April Black;

16. Defendant Kabul, Inc. dba Fastrip PWC Rental's 1st Set of Interrogatories to Defendant Laughlin Watercraft Rentals, LLC;

17. Defendant Laughlin Watercraft Rentals, LLC's First Supplement to Initial Disclosure Pursuant to Fed. R. Civ. P. 26 Disclosure; and

18. Deposition of Defendant Samir Hernandez taken on October 26, 2022.

19. Respondents First Set of Request for Production of Documents to Laughlin Rentals;

20. Deposition of Tommie Lynch on February 23, 2023;

21. Deposition of April Black on February 23, 2023

22. Deposition of the Corporate Representative of Defendant Laughlin Watercraft Rentals, LLC

23. Plaintiffs' Initial Expert Disclosures;

24. Defendants' Initial Expert Disclosures;

25. Plaintiffs' Rebuttal Expert Disclosures;

26. Defendants' Rebuttal Expert Disclosures;

**B. <u>SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED.</u>**

Currently at this time the following discovery has not taken place and/or is anticipated:

1. Deposition of Defendant Lizabeth Barragan;

2. Deposition of Defendant Darryl Alexander;

3. Deposition of Defendant Laughlin Watercraft Rentals, LLC Employee, Steve Cohen;

4. Deposition of Defendant Laughlin Watercraft Rentals, LLC, Employee Gerald Prieto;

5. Deposition of Defendant Kabul, Inc. Employee, Najibullah Noori;

6. Deposition of former Defendant Kabul, Inc. Employee, Sarah Schneider;

7. Deposition of the Corporate Representative for Defendant Kabul, Inc.;

8. Depositions of Plaintiffs' experts;

9 Deposition of Defendants' experts; and

10. Other depositions, subpoenas and/or discovery that might be necessary.

**C. REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE DEADLINES CONTAINED IN THE AMENDED DISCOVERY SCHEDULING ORDER**

Local Rule 26-3 provides that a stipulation to extend discovery deadlines must be supported by a showing of good cause. The parties represent that good cause exists for the Court to grant this stipulation.

Since the granting of the last stipulation, the parties have been diligently working together to finalize the above depositions, however, with various scheduling conflicts and many parties being out of the state, parties have not been able to secure dates.

Moreover during that time, the parties agreed to participate in mediation which is currently set for November 9, 2023.

For these reasons, the parties are requesting an extension of the reaming discovery deadlines for ninety (90) days to all the mediation to occur in hopes of a potential resolution.

**D. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.**

It is requested that all remaining discovery deadlines in this case be continued as follows:

| **Discovery** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off | November 17, 2023 | February 19, 2024 |

| Dispositive Motions | December 18, 2023 | March 19, 2024 |
| --- | --- | --- |
| Pre-Trial Order | January 16, 2024 | April 19, 2024 |

DATED this 6th day of November, 2023.

*/s/ John Shook, Esq.*

JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101

JON L. NORINSBERG, ESQ.
NORINSBERG LAW
110 East 59th Street, Ste. 3200
New York, New York 10022
Office: (212) 587-8423
Attorneys for Plaintiffs

DATED this 6th day of November, 2023.

*/s/ Erik Fox, Esq.*

ERIK FOX, ESQ.
Nevada Bar No. 8804
WOLFE & WYMAN, LLP
6757 Spencer Street
Las Vegas, Nevada 89119
Attorney for Defendant
KABUL, INC. DBA FASTRIP PWC

DATED this 6th day of November, 2023.

*/s/ Deborah Tropp, Esq.*

DEBORAH S. TROPP, ESQ.
California Bar No. 162613
MCNEIL TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660

PETER MORTENSON, ESQ.
Nevada Bar No. 5725
Mortenson & Rafie, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Attorney for Defendant
LAUGHLIN WATER RENTALS, LLC

DATED this 6th day of November,2023

*/s/ Leonard Fink, Esq.*

LEONARD FINK, ESQ.
Nevada Bar No, 6296
MICHAEL MCLOUGHLIN, ESQ.
Nevada Bar No. 12820
SPRINGEL & FINK
9075 West Diablo Drive, #302
Las Vegas, Nevada 89148

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
DATED: 11/7/2023

**Kiana A. O'Day**

**From:** Erik W. Fox <ewfox@ww.law>
**Sent:** Monday, November 6, 2023 4:07 PM
**To:** Kiana A. O'Day; Cari Remmel; Tina Crisp; Gionalis Beato; Jon Norinsberg; Lynn Shoen; John Shook; Leonard Fink; Kendall Craver; Deborah Tropp
**Cc:** Wanda Nieves; Michael McLoughlin
**Subject:** RE: Lynch v. Hernandez, et. al.

Yes – signature authorized.




Erik W. Fox, Attorney at Law
WOLFE & WYMAN LLP
6757 Spencer Street • Las Vegas, NV 89119-3912
Tel. (702) 476-0100 • Fax (949) 475-9203
Email: ewfox@ww.law

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. You will be promptly reimbursed for all costs of mailing. Thank you.

---

**From:** Kiana A. O'Day <KO'Day@shookandstone.com>
**Sent:** Monday, November 6, 2023 4:04 PM
**To:** Cari Remmel <cremmel@mtbattorneys.com>; Tina Crisp <tcrisp@springelfink.com>; Gionalis Beato <gio@norinsberglaw.com>; Jon Norinsberg <jon@norinsberglaw.com>; Lynn Shoen <lshoen@shookandstone.com>; John Shook <johnshook@shookandstone.com>; Leonard Fink <LFINK@SPRINGELFINK.COM>; Erik W. Fox <ewfox@ww.law>; Kendall Craver <kcraver@mtbattorneys.com>; Deborah Tropp <dtropp@mtbattorneys.com>
**Cc:** Wanda Nieves <wnieves@norinsberglaw.com>; Michael McLoughlin <mmcloughlin@springelfink.com>
**Subject:** RE: Lynch v. Hernandez, et. al.

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Mr. Fox,

Are you ok with the proposed stipulation?



**Kiana A. O'Day | Paralegal**
**P: 702.570.0000 | F: 702.485.5266 | Direct:**
**Offices:** Downtown Las Vegas, NV: 710 S. 4th Street, Las Vegas, NV 89101
Summerlin, NV: 9455 W. Russell Road, Suite 100, Las Vegas, NV 89148
Reno, NV:338 Ryland Street, Reno, NV 89501

SHOOK & STONE INJURY LAWYERS

**www.shookandstone.com |**

"A Referral is the best compliment you could ever give our law firm. If you know someone who needs our serv



**Personal Injury | Auto Accidents |Workers' Compensation | Social Security Disability | Class Action | Accident Injury | Premises Liability | Medical Malpractice**

CONFIDENTIALITY NOTE:
The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed

**Kiana A. O'Day**

**From:** Tina Crisp <tcrisp@springelfink.com>
**Sent:** Monday, November 6, 2023 1:11 PM
**To:** Kiana A. O'Day; Cari Remmel; Gionalis Beato; Jon Norinsberg; Lynn Shoen; John Shook; Leonard Fink; ewfox@ww.law; Kendall Craver; Deborah Tropp
**Cc:** Wanda Nieves; Michael McLoughlin
**Subject:** RE: Lynch v. Hernandez, et. al.

Greetings Kiana:
You may note Mr. McLoughlin's electronic signature.
Best regards,

Tina Crisp
Legal Assistant




9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148
Tel: 702-804-0706

---

**From:** Kiana A. O'Day <KO'Day@shookandstone.com>
**Sent:** Monday, November 6, 2023 11:11 AM
**To:** Cari Remmel <cremmel@mtbattorneys.com>; Tina Crisp <tcrisp@springelfink.com>; Gionalis Beato <gio@norinsberglaw.com>; Jon Norinsberg <jon@norinsberglaw.com>; Lynn Shoen <lshoen@shookandstone.com>; John Shook <johnshook@shookandstone.com>; Leonard Fink <lfink@springelfink.com>; ewfox@ww.law; Kendall Craver <kcraver@mtbattorneys.com>; Deborah Tropp <dtropp@mtbattorneys.com>
**Cc:** Wanda Nieves <wnieves@norinsberglaw.com>; Michael McLoughlin <mmcloughlin@springelfink.com>
**Subject:** RE: Lynch v. Hernandez, et. al.
**Importance:** High

Following up on the proposed stipulation.



**Kiana A. O'Day | Paralegal**
**P: 702.570.0000 | F: 702.485.5266 | Direct:**

**Offices:** Downtown Las Vegas, NV: 710 S. 4th Street, Las Vegas, NV 89101
Summerlin, NV: 9455 W. Russell Road, Suite 100, Las Vegas, NV 89148
Reno, NV:338 Ryland Street, Reno, NV 89501

SHOOK & STONE INJURY LAWYERS

**www.shookandstone.com |**
"A Referral is the best compliment you could ever give our law firm. If you know someone who needs our serv



**Personal Injury | Auto Accidents | Workers' Compensation | Social Security Disability | Class Action | Accident Injury | Premises Liability | Medical Malpractice**

**Kiana A. O'Day**

**From:** Cari Remmel <cremmel@mtbattorneys.com>
**Sent:** Monday, November 6, 2023 1:39 PM
**To:** Tina Crisp; Kiana A. O'Day; Gionalis Beato; Jon Norinsberg; Lynn Shoen; John Shook; Leonard Fink; ewfox@ww.law; Kendall Craver; Deborah Tropp
**Cc:** Wanda Nieves; Michael McLoughlin
**Subject:** RE: Lynch v. Hernandez, et. al.

Hi Kiana,

You may also note Ms. Tropp's e-signature.

Thank you,

Cari
MTB

---

**From:** Tina Crisp <tcrisp@springelfink.com>
**Sent:** Monday, November 6, 2023 1:11 PM
**To:** Kiana A. O'Day <KO'Day@shookandstone.com>; Cari Remmel <cremmel@mtbattorneys.com>; Gionalis Beato <gio@norinsberglaw.com>; Jon Norinsberg <jon@norinsberglaw.com>; Lynn Shoen <lshoen@shookandstone.com>; John Shook <johnshook@shookandstone.com>; Leonard Fink <lfink@springelfink.com>; ewfox@ww.law; Kendall Craver <kcraver@mtbattorneys.com>; Deborah Tropp <dtropp@mtbattorneys.com>
**Cc:** Wanda Nieves <wnieves@norinsberglaw.com>; Michael McLoughlin <mmcloughlin@springelfink.com>
**Subject:** RE: Lynch v. Hernandez, et. al.

Greetings Kiana:
You may note Mr. McLoughlin's electronic signature.
Best regards,

Tina Crisp
Legal Assistant




9075 W. Diablo Drive., Suite 302 | Las Vegas, NV 89148
Tel: 702-804-0706

---

**From:** Kiana A. O'Day <KO'Day@shookandstone.com>
**Sent:** Monday, November 6, 2023 11:11 AM
**To:** Cari Remmel <cremmel@mtbattorneys.com>; Tina Crisp <tcrisp@springelfink.com>; Gionalis Beato <gio@norinsberglaw.com>; Jon Norinsberg <jon@norinsberglaw.com>; Lynn Shoen <lshoen@shookandstone.com>;