**Erik W. Fox, Esq.**
**Nevada State Bar No. 8804**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (949) 475-9203**
**ewfox@ww.law**

**Attorneys for Defendants**
**KABUL, INC., d/b/a FASTRIP PWC RENTALS**

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch, <br><br> Plaintiffs, <br><br> v. <br><br> SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:21-cv-01981-ART-DJA <br><br> **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION WITH PREJUDICE FOR DISMISSAL** |

PLEASE TAKE NOTICE that on February 1, 2024, the Court entered an Order Granting Stipulation with Prejudice for Dismissal of this matter, as to Defendant KABUL, INC., d/b/a FASTRIP PWC RENTALS, DARRYL PETER ALEXANDER, JR., and the ESTATE OF DARRYL PETER

//

//

1

4807756.1

1  ALEXANDER, JR. with each party to bear their own costs and attorneys' fees.

2        A copy of said Order is attached hereto and made a part hereof as Exhibit A.

4  DATED: February 6, 2024                WOLFE & WYMAN LLP

5                                          By: */s/ Erik W. Fox*
                                        ERIK W. FOX, ESQ.
                                        Nevada Bar No. 8804
                                        6757 Spencer St.
                                        Las Vegas, NV  89119

                                        Attorneys for Defendant
                                        **KABUL, INC., d/b/a**
                                        **FASTRIP PWC RENTALS**

2

4807756.1

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the 6th day of February 2024, the foregoing **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION WITH PREJUDICE FOR DISMISSAL** was served through the Court's Electronic File/Service Program to:

All parties on the E-Service List

*/s/ Doris Ligat*
**An employee of WOLFE & WYMAN LLP**

3

4807756.1