# EXHIBIT "A"

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br><br>Plaintiffs,<br><br>v.<br><br>SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01981-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION WITH PREJUDICE FOR DISMISSAL** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiffs, TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH and TOMMY LYNCH and APRIL BLACK, individually as heirs of TAMMY LYNCH, ("Plaintiffs") and Defendant KABUL, INC., d/b/a FASTRIP PWC RENTALS, and DARRYL PETER ALEXANDER, JR., as well as the ESTATE of DARRYL PETER ALEXANDER, JR. that Plaintiffs' Complaint in the matter *Tommy Lynch as Administrator for the Estate of Tammy Lynch, et al. v. Samir Adrian Hernandez, et al.* (Case No. 2:21-

1

cv-01981-ART-DJA) and any amendments thereto and all causes of action contained therein be dismissed *with prejudice* as to Defendant, KABUL, INC., d/b/a FASTRIP PWC RENTALS, and DARRYL PETER ALEXANDER, JR., as well as the ESTATE of DARRYL PETER ALEXANDER, JR., with each party to bear its own costs and attorney's fees.

DATED: January 26, 2024                           DATED: January 26, 2024

SHOOK & STONE, CHTD.                              WOLFE & WYMAN LLP

By: */s/ John B. Shook*                           By: */s/ Erik W. Fox*
JOHN B. SHOOK, ESQ.                               ERIK W. FOX, ESQ.
Nevada Bar No. 5499                               Nevada Bar No. 8804
710 South Fourth Street                           6757 Spencer St.
Las Vegas, NV 89101                               Las Vegas, NV 89119

NORINSBERG LAW                                    Attorneys for Defendant
                                                  **KABUL, INC., d/b/a FASTRIP**
B**y**: */s/ Jon L. Norinsberg*                   **PWC RENTALS**
JON L. NORINSBERG, ESQ.
110 East 59th Street, Ste 3200
New York, New York 10022

Attorneys for Plaintiffs
**TOMMY LYNCH as ADMINISTRATOR**
**for the ESTATE of TAMMY LYNCH and**
**TOMMY LYNCH and APRIL BLACK,**
**individually as heirs of Tammy Lynch**

DATED: January 26, 2024

SPRINGEL & FINK LLP

By: */s/ Leonard T. Fink*
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148

Attorneys for Defendant/Cross-Defendant
**DARRYL PETER ALEXANDER**

2

4798607.1

*Case No. 2:21-cv-01981-ART-DJA*
*Tommy Lynch as Admin. for the*
*Estate of Tammy Lynch, et al. v. Hernandez, et al.*

### ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint in this matter, including any amendments thereto and all causes of action contained therein be dismissed with prejudice, as to Defendant, KABUL, INC., d/b/a FASTRIP PWC RENTALS, and DARRYL PETER ALEXANDER, JR., as well as the ESTATE of DARRYL PETER ALEXANDER, JR. with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: February 1, 2024

3

4798607.1