LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
MICHAEL T. MCLOUGHLIN, ESQ.
Nevada Bar No. 12820
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone:   (702) 804-0706
E-Mail:   *lfink@springelfink.com*
  *mmcloughlin@springelfink.com*

Attorneys for Defendant/Cross-Defendant,
*DARRYL PETER ALEXANDER*

## UNITED STATES DISTRICT COURT
## STATE OF NEVADA

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.:  2:21-cv-01981-JAD-DJA<br><br>**DEFENDANT/CROSS-DEFENDANT, DARRYL PETER ALEXANDER, JR.'S JOINDER TO DEFENDANT KABUL, INC. d/b/a FASTRIP PWC RENTALS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS<br><br>                    Cross-Claimant,<br><br>vs.<br><br>LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS,<br><br>                    Cross-Defendants. | |

/ / /

/ / /

-1-

**DEFENDANT/CROSS-DEFENDANT, DARRYL PETER ALEXANDER, JR.'S JOINDER TO DEFENDANT KABUL, INC. d/b/a FASTRIP PWC RENTALS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

Defendant/Cross-Defendant, DARRYL PETER ALEXANDER ("ALEXANDER"), by and through his counsel of record, the law firm of Springel & Fink LLP, joins Defendant KABUL, INC. d/b/a FASTRIP PWC RENTALS' Motion for Determination of Good Faith Settlement, filed on February 6, 2024.

DATED this 7th day of February, 2024.

SPRINGEL & FINK LLP

By: */s/ Michael T. McLoughlin*
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
MICHAEL T. MCLOUGHLIN, ESQ.
Nevada Bar No. 12820
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Attorneys for Defendant/Cross-Defendant,
*DARRYL PETER ALEXANDER*

**CERTIFICATE OF SERVICE**
<u>**LYNCH, TOMMY V. SAMIT ADRIAN HERNANDEZ, ET AL.**</u>
**Federal Court Case No. 2:21-cv-01981-ART-DJA**

STATE OF NEVADA          )
                         ) ss.
COUNTY OF CLARK          )

I, Tina Crisp, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 9075 W. Diablo Drive, Suite 302, Las Vegas, Nevada, 89148.

On **February 7, 2024**, I served the document described as **DEFENDANT/CROSS-DEFENDANT, DARRYL PETER ALEXANDER, JR.'S JOINDER TO DEFENDANT KABUL, INC. d/b/a FASTRIP PWC RENTALS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** on the following parties:

***\*\* SEE ELECTRONIC SERVICE LIST***

| | |
|---|---|
| ☒ | VIA ELECTRONIC SERVICE: by submitting the foregoing to the Court's E-filing System for Electronic Service upon the Court's Service List pursuant to EDCR 8. The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court. |
| ☐ | VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. |
| ☐ | VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served. |

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Tina Crisp*
_____
An employee of Springel & Fink