**Erik W. Fox, Esq.**
**Nevada State Bar No. 8804**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (949) 475-9203**
**ewfox@ww.law**

**Attorneys for Defendants**
**KABUL, INC., d/b/a FASTRIP PWC RENTALS**

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br><br>Plaintiffs,<br><br>v.<br><br>SAMIR ADRIAN HERNANDEZ, individually, LIZBETH BARRAGAN, individually, LAUGHLIN WATERCRAFT RENTALS LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER, JR., individually, DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01981-ART-DJA<br><br>**NOTICE OF NON-OPPOSITION BY PLAINTIFFS TO DEFENDANT KABUL, INC., d/b/a FASTRIP PWC RENTALS MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

Defendant KABUL, INC., d/b/a FASTRIP PWC RENTALS, ("Kabul") by and through its counsel of record, WOLFE & WYMAN, LLP, hereby submits this Notice of Non-Opposition by Plaintiffs to Defendant Kabul's Motion for Determination of Good Faith Settlement (Dkt. No. 97), filed with this Court on February 7, 2024. Defendant DARRYL PETER ALEXANDER, JR., filed his Joinder (Dkt. No. 98) to the Motion on February 7, 2024.  On February 6, 2024, this Court entered the Order Granting Stipulation with Prejudice for Dismissal as to Defendant, Kabul, Inc. d/b/a Fastrip

1

1  PWC Rentals and Darryl Peter Alexander, Jr., as well as the Estate of Darryl Peter Alexander, Jr.,

2  (Dkt. No. 93).  Any response to the Motion for Good Faith Settlement was due February 21, 2024.  No

3  response having been received, consent to grant it is acknowledged.  LR 7-2(d).

DATED: February 22, 2024             WOLFE & WYMAN LLP

By: */s/ Erik W. Fox*
ERIK W. FOX, ESQ.
Nevada Bar No. 8804
6757 Spencer St.
Las Vegas, NV  89119
Attorneys for Defendant
**KABUL, INC., d/b/a**
**FASTRIP PWC RENTALS**

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the 23rd day of February 2024, the foregoing **NOTICE OF NON-OPPOSITION BY PLAINTIFFS TO DEFENDANT KABUL, INC., d/b/a FASTRIP PWC RENTALS MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** was served through the Court's Electronic File/Service Program to:

All parties on the E-Service List

*/s/ Doris Ligat*
**An employee of WOLFE & WYMAN LLP**