JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Laughlin Watercrafts, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tommy Lynch as administrator for the Estate of Tammy Lynch, and Tommy Lynch and April Black, individually as heirs of Tammy Lynch<br><br>Plaintiffs,<br><br>vs.<br><br>Samit Adrian Hernandez, individual, Lizbeth Barragan, individual, Laughlin Water Craft Rentals, LLC, and DOES 1-X and ROE CORPORATIONS<br><br>Defendants. | Case No.: 2:21-CV-01981 c/w 2:22-cv-00940<br><br>**Motion to Substitute Counsel** |
| In the matter of the Complaint of LAUGHLIN WATERCRAFT RENTALS, LLC as owner of vessel 2020 Sea Doo GTI Hull Identification Number YDV66709F020 for Exoneration from Limitation of Liability,<br><br>Plaintiff | |

Defendant Laughlin Watercraft Rentals, LLC substitute Jonathan C. Pattillo as its counsel of record in the place of Deborah S. Tropp and Peter Mortensen.

DATED this 7th day of May, 2024

                 Laughlin Watercraft Rentals, LLC

                 BY: */s/ Keri Simons*
                    KERI SIMONS

292175374v.1

1  Jonathan C. Pattillo agree to appear as the attorney of record for defendant Laughlin

2  Watercraft Rentals, LLC in 2:21-CV-01981 and 2:22-cv-00940.

3

4  DATED this 7th day of May, 2024

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Jonathan Pattillo, Esq.*
JONATHAN C. PATTILLO
Nevada Bar No. 13929
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401

Deborah S. Tropp and Peter B. Mortenson agree to the substitution of Jonathan C. Pattillo as attorney of record for Defendant Laughlin Watercraft Rentals, LLC in 2:21-CV-01981 and 2:22-cv-00940.

DATED this 7th day of May, 2024.

MCNEIL TROPP & BRAUN LLP

BY: */s/ Deborah S. Tropp*
Deborah S. Tropp, Esq.
California Bar No. 162613
4695 MacArthur Court, Suite 800
Newport Beach, California 92660

MORTENSEN & RAFIE LLP

BY: */s/ Peter Mortenson*
Peter Mortenson, Esq.
Nevada Bar No. 5725
10781 West Twain Ave
Las Vegas, Nevada 89134

Attorneys for Laughlin Watercraft Rentals, LLC

**IT IS SO ORDERED**.

DATED: 5/8/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-2-

292175374v.1

**Certificate of Service**

Pursuant to Rule 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on 7th day of May, 2024, I served **Motion to Substitute Counsel** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Shook & Stone CHTD<br>710 South Fourth Street<br>Las Vegas, Nevada 89101 | Norinsberg Law<br>110 East 59th Street, Suite 3200<br>New York, New York 10022 |

BY: *Lauryn Howell*
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-3-

292175374v.1