1  JOHN B. SHOOK, ESQ.
   Nevada Bar No. 5499
2  **SHOOK & STONE, CHTD.**
   710 South Fourth Street
3  Las Vegas, NV 89101
4  Office: (702) 385-2220

5  JON L. NORINSBERG, ESQ.
   **NORINSBERG LAW**
6  110 East 59th Street, Ste. 3200
7  New York, New York 10022
   Office: (212) 587-8423
8  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMIT ADRIAN HERNANDEZ, individual, LIZBETH BARRAGAN, individual, LAUGHLIN WATERCRAFT RENTALS, LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER JR., individual, and DOES 1-X; and ROE CORPORATIONS,<br><br>Defendants. | Case No: 2:21-cv-01981-ART-DJA<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LR 26-3 (Ninth Request)** |

AND ALL CONSOLIDATED MATTERS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs The Estate of Tammy Lynch, Tommy Lynch and April Black ("Plaintiffs") and Defendant Laughlin Watercraft Rentals, LLC. by and through their

1

respective counsel, that the discovery deadlines of this matter be continued for a period of thirty (30) days to allow the parties to complete additional discovery.

**A.     STATEMENT SPECIFYING THE DISCOVERY THAT HAS BEEN COMPLETED.**

The parties participated in the Fed. R. Civ. P. 26(f) conference on February 14, 2022 and have served their initial Rule 26 Disclosures. The following is discovery that has been completed:

1. Plaintiffs' First Set of Request for Production of Documents to Defendants Laughlin Watercraft;

2. Plaintiffs' First Set of Request for Production of Documents to Defendant Laughlin Watercraft;

3. Plaintiffs' First Set of Request for Production of Documents to Defendant Kabul, Inc.;

4. Plaintiffs' First Set of Interrogatories to Defendant Kabul, Inc.;

5. Defendant Laughlin Watercraft Rentals, LLC's responses to Plaintiffs' First Set of Request for Production of Documents;

6. Defendant Laughlin Watercraft Rentals, LLC's responses to Plaintiffs' First Set of Interrogatories;

7. Defendant Kabul, Inc.'s responses to Plaintiffs' First Set of Request for Production of Documents;

8. Defendant Kabul, Inc.'s responses to Plaintiffs' First Set of Interrogatories;

9. Defendant Laughlin Watercraft Rentals, LLC's First Set of Interrogatories to Plaintiff April Black;

10. Defendant Laughlin Watercraft Rentals, LLC's First Set of Interrogatories to Plaintiff Tommie Lynch;

11. Defendant Laughlin Watercraft Rentals, LLC's First Set of Request for Production to Plaintiff April Black;

12. Defendant Laughlin Watercraft Rentals, LLC's First Set of Request for Production to Plaintiff Tommie Lynch;

13. Defendant/Cross-Defendant Kabul, Inc. dba Fastrip PWC Rental's 2nd Supplement to Initial Disclosure Pursuant to Fed. R. Civ. P. 26 Disclosure;

14. Defendant Kabul, Inc. dba Fastrip PWC Rental's 1st Set of Interrogatories to Plaintiff Tommie Lynch;

15. Defendant Kabul, Inc. dba Fastrip PWC Rental's 1st Set of Interrogatories to Plaintiff April Black;

16. Defendant Kabul, Inc. dba Fastrip PWC Rental's 1st Set of Interrogatories to Defendant Laughlin Watercraft Rentals, LLC;

17. Defendant Laughlin Watercraft Rentals, LLC's First Supplement to Initial Disclosure Pursuant to Fed. R. Civ. P. 26 Disclosure; and

18. Deposition of Defendant Samir Hernandez taken on October 26, 2022.

19. Respondents First Set of Request for Production of Documents to Laughlin Rentals;

20. Deposition of Tommie Lynch on February 23, 2023;

21. Deposition of April Black on February 23, 2023

22. Deposition of the Corporate Representative of Defendant Laughlin Watercraft Rentals, LLC

23. Plaintiffs' Initial Expert Disclosures;

24. Defendants' Initial Expert Disclosures;

25. Plaintiffs' Rebuttal Expert Disclosures; and

26. Defendants' Rebuttal Expert Disclosures.

27. Deposition of Allision LaValley on March 12, 2024

28. Deposition of Alison Osinski on March 26, 2024.

29. Deposition of Stan Smith, Ph.D. on April 17, 2024

30. Deposition of Lizbeth Barragan on April 29, 2024

31. Deposition of Randall Sharpe on June 21, 2024

///

///

**B.   SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED.**

Currently at this time the following discovery has not taken place and/or is anticipated:

1. Deposition of Mick Brady currently scheduled for July
2. Deposition of witness Delia Ambiza;
3. Deposition of witness Jocelyn Duarte-Torres;
4. Deposition of witness Gloria Torrales ;
5. Continued Deposition of Alison Osinski scheduled for July 3, 2024;
6. Deposition of Nate Paulino- Laughlin Rentals Employee tentatively scheduled for August 14, 2024;
7. Deposition of "Ricardo" (last name unknown) -percipient witness
8. Other depositions, subpoenas and/or discovery that might be necessary.

**C.   REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE DEADLINES CONTAINED IN THE AMENDED DISCOVERY SCHEDULING ORDER**

Local Rule 26-3 provides that a stipulation to extend discovery deadlines must be supported by a showing of good cause. The parties represent that good cause exists for the Court to grant this stipulation.

Since the granting of the last stipulation, the parties have been diligently working together to finalize the above depositions, however, with various scheduling conflicts, parties have not been able to secure dates, in addition to locating and serving the lay witnesses for deposition, specifically Mick Brady a former employee of Laughlin Rentals. Plaintiffs have made attempts to serve Mr. Brady at his last known address and are currently conducting skip tracing for his current location.

All of the depositions listed in Section B above are imperative to the preparation of the case and the facts surrounding the incident.

For this reason, the parties are requesting an extension of all discovery deadlines for thirty (30) days.

**D.    PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.**

It is requested that all remaining discovery deadlines in this case be continued as follows:

| **Discovery** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Discovery Cut-Off | July 22, 2024 | August 22, 2024 |
| Dispositive Motions | August 19, 2024 | September 19, 2024 |
| Pre-Trial Order | September 19, 2024 | October 18, 2024 |

DATED this 3rd day of July, 2024              DATED this 3rd day of July, 2024

/s/ John B. Shook, Esq.                                  /s/ Jonathan C. Patillo, Esq.

JOHN B. SHOOK, ESQ.                              JONATHAN C. PATILLO, ESQ.
Nevada Bar No. 5499                                   Nevada Bar No. 13929
MARK A. ROUSE, ESQ.                             WILSON ELSER MOSKOWITZ
Nevada Bar No. 12273                                 EDELMAN & DICKER, LLP.
SHOOK & STONE, CHTD.                         6689 Las Vegas Boulevard South, #200
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89119
                                                                       Attorney for Defendant
JON L. NORINSBERG, ESQ.                     LAUGHLIN WATER RENTALS, LLC
NORINSBERG LAW
110 East 59th Street, Ste. 3200
New York, New York 10022
Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

DATED: 7/8/2024

_____
**UNITED STATES MAGISTRATE JUDGE**

5