1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY LYNCH as ADMINISTRATOR for the ESTATE of TAMMY LYNCH, and TOMMY LYNCH and APRIL BLACK, individually as heirs of Tammy Lynch, | Case No: 2:21-cv-01981-ART-DJA |
| Plaintiffs, | |
| vs. | **ORDER GRANTING** |
| SAMIT ADRIAN HERNANDEZ, individual, LIZBETH BARRAGAN, individual, LAUGHLIN WATERCRAFT RENTALS, LLC; KABUL, INC., d/b/a FASTRIP PWC RENTALS; DARRYL PETER ALEXANDER JR., individual, and DOES 1-X; and ROE CORPORATIONS, | <u>**STIPULATION FOR BRIEFING**</u> |
| Defendants. | |

<u>AND ALL CONSOLIDATED MATTERS</u>

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs The Estate of Tammy Lynch, Tommy Lynch and April Black ("Plaintiffs") and Defendant Laughlin Watercraft Rentals, LLC. by and through their

1

respective counsel, that time for the parties to file their respective Responses to Motions and Replies in Support of Motions be extended as follows:

    Plaintiffs' Motion for Partial Summary Judgment [ECF 112]
- Response due December 3, 2024
- Replies due December 17, 2024

    Plaintiffs' Motion for Sanctions for Spoliation of Electronically Stored Evidence by Defendant Laughlin Watercraft Rentals, LLC [ECF 113]
- Response due December 3, 2024
- Replies due December 17, 2024

    Plaintiffs' Summary Judgment Against Defendant Laughlin Rentals, LLC Regarding Affirmative Defenses [ECF 114]
- Response due December 3, 2024
- Replies due December 17, 2024

    Defendant Laughlin Watercraft Rentals Motion for Summary Judgment Based on Superseding Cause & Lack of Privity or Knowledge [ECF 115]
- Response due December 3, 2024
- Replies due December 17, 2024

    Defendant Laughlin Watercraft Rentals Motion to Bifurcate and Motion for Summary Judgment re: Joint and Several Liability [ECF 116]
- Response due December 3, 2024
- Replies due December 17, 2024

    Defendant Laughlin Watercraft Rentals Motion in Limine re: Dr. Alison Osinski [ECF 118]
- Response due December 3, 2024
- Replies due December 17, 2024

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The reason for this needed request is that there is an outstanding issue relating to the limitation of liability action and potential discovery relating to it that may affect the briefing of the above motions.

DATED this 31st of October, 2024

/s/ John B. Shook, Esq.

JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
MARK A. ROUSE, ESQ.
Nevada Bar No. 12273
SHOOK & STONE, CHTD.
Las Vegas, Nevada 89101

JON L. NORINSBERG, ESQ.
NORINSBERG LAW
110 East 59th Street, Ste. 3200
New York, New York 10022
Attorneys for Plaintiffs

DATED this 31st day of October, 2024

/s/ Jonathan C. Patillo, Esq.

JONATHAN C. PATILLO, ESQ.
Nevada Bar No. 13929
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP.
6689 Las Vegas Boulevard South, #200
Las Vegas, Nevada 89119
Attorney for Defendant
LAUGHLIN WATER RENTALS, LLC

**ORDER**

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: <u>November 1, 2024</u>

3